McGOVERN LEGAL SERVICES, LLC
BY: AMY E. FORMAN, ESQ.
850 CAROLIER LANE
NORTH BRUNSWICK, NEW JERSEY 08902
(732) 246-1221
ATTORNEYS FOR WYNNEFIELD AT SOMERSET CONDOMINIUM ASSOCIATION, INC.

In re:

SONDA D. SMITH

Debtor.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
IN PROCEEDINGS UNDER CHAPTER 13
OF THE BANKRUPTCY CODE

CASE NO.:   18-23221-RG

**NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF PAPERS**

TO:   CLERK, UNITED STATES BANKRUPTCY COURT
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102
Phone (973) 645-4764

SONDA D. SMITH
c/o Andrew Micklin
Underwood & Micklin
1236 Brace Road, Ste J
Cherry Hill NJ 08034

TRUSTEE
Marie-Ann Greenberg
Standing Chapter 13 Trustee
30 Two Bridges Road
Suite 330
Fairfield NJ 07004

U.S. Trustee
U.S. Dept of Justice
Office of the US Trustee

1

One Newark Center Ste 1401
Newark, NJ 07102

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel to Wynnefield at Somerset Condominium Association, Inc., in the above captioned matter. Pursuant to Bankruptcy Rules 2002 and 9010, request is hereby made that all papers, pleadings and applications served or required to be served in this case be given to and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules cited above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether conveyed by mail, email, telephone, telegraph, telex or otherwise which may affect the rights or interests, in any way of/in the above-captioned matter.

McGOVERN LEGAL SERVICES, LLC
Attorneys for Wynnefield at Somerset
Condominium Association, Inc.

DATED: 7/25/18    By: _____
AMY E. FORMAN, ESQ.

2

## CERTIFICATION OF SERVICE

I, Amy E. Forman, Esq., do certify that a true copy of the Notice of Appearance and Demand for Service of Papers was served upon those individuals and/or entities listed on the attached service list via electronic service on _____.

DATED: _____         By: _____
                                AMY E. FORMAN, ESQ.

## SERVICE LIST

**Via Electronic Service**

CLERK, UNITED STATES BANKRUPTCY COURT
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102
Phone (973) 645-4764

SONDA D. SMITH
c/o Andrew Micklin
Underwood & Micklin
1236 Brace Road, Ste J
Cherry Hill NJ 08034

TRUSTEE
Marie-Ann Greenberg
Standing Chapter 13 Trustee
30 Two Bridges Road
Suite 330
Fairfield NJ 07004

U.S. Trustee
U.S. Dept of Justice
Office of the US Trustee
One Newark Center Ste 1401
Newark, NJ 07102

3