Form 186 – ntc13plnprior

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−23221−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Sonda D Smith
  175 Myrtle Ave
  Passaic, NJ 07055

Social Security No.:
  xxx−xx−3880

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 07/12/2018 and a confirmation hearing on such Plan has been scheduled for 9/5/2018.

The debtor filed a Modified Plan on 09/01/2018 and a confirmation hearing on the Modified Plan is scheduled for 10/17/2018 at 09:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: September 6, 2018
JAN: dmc

Jeanne Naughton
Clerk

```
                           United States Bankruptcy Court
                                 District of New Jersey
In re:                                                              Case No. 18-23221-RG
Sonda D Smith                                                       Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Sep 06, 2018
                              Form ID: 186             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2018.
db         +Sonda D Smith,    175 Myrtle Ave,    Passaic, NJ 07055-3138
cr         +BAC BONY (CWABS2004-11),    c/o Stern & Eisenberg, PC,     1040 N. Kings Highway,    Suite 407,
             Cherry Hill, NJ 08034-1925
cr         +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    Phelan Hallinan & Schmieg, PC,
             400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
cr         +Wynnefield at Somerset Condominium Association, In,    McGovern Legal Services LLC,
             850 Carolier Lane,    North Brunswick, NJ 08902-3312
517623058  +Bank of America Home Loans,    PO Box 5170,    Simi Valley, CA 93062-5170
517641591  +H & E Federal Credit Union,    201 W Passaic St #304,    Rochelle Park, NJ 07662-3126
517641592  +KML Law Group, PC,    216 Haddon Ave, Ste 406,    Westmont, NJ 08108-2812
517641593  +Mr. Cooper,   8950 Cypress Waters Blvd,     Coppell, TX 75019-4620
517663550  +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
517623059  +Shellpoint Mortgage Servicing,    75 Beattie Pl #300,    Greenville, SC 29601-2138
517724539   THE BANK OF NEW YORK MELLON ET.AL.,    Bank of America,    PO BOX 31785,    Tampa FL 33631-3785
517623060  +Wynnefield at Somerset Condominium Assoc,    Attn: McGovern Legal Services, LLC,
             850 Carolier Ln,   North Brunswick, NJ 08902-3312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Sep 06 2018 23:11:56      U.S. Attorney,    970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 06 2018 23:11:53      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
517641589  +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 06 2018 23:16:57      Capital One,
             Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
517724779   E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 06 2018 23:17:30
             Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517740237   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 06 2018 23:28:40
             Portfolio Recovery Associates, LLC,    c/o UNION PLUS,    POB 41067,    Norfolk VA 23541
517736529  +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 06 2018 23:17:41      Verizon,
             by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517641588*    +Bank of America Home Loans,    PO Box 5170,    Simi Valley, CA 93062-5170
517641590*    +Capital One,   Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517641594*    +Shellpoint Mortgage Servicing,    75 Beattie Pl #300,    Greenville, SC 29601-2138
517641595*    +Wynnefield at Somerset Condominium Assoc,    Attn: McGovern Legal Services, LLC,
             850 Carolier Ln,   North Brunswick, NJ 08902-3312
                                                                                   TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2018 at the address(es) listed below:
          Amy    Forman    on behalf of Creditor    Wynnefield at Somerset Condominium Association, Inc.
           aforman@theassociationlawyers.com
          Andrew   Micklin    on behalf of Debtor Sonda D Smith andrewmicklin@comcast.net,
           ardithreeve@comcast.net
          Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann   Greenberg    magecf@magtrustee.com
          Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. ET.AL. nj.bkecf@fedphe.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Sep 06, 2018
                              Form ID: 186             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Rebecca Ann Solarz  on behalf of Creditor  Nationstar Mortgage LLC d/b/a Mr. Cooper rsolarz@kmllawgroup.com
    Sherri Jennifer Smith  on behalf of Creditor  THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. ET.AL. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
    Steven P. Kelly  on behalf of Creditor  BAC BONY (CWABS2004-11) skelly@sterneisenberg.com, bkecf@sterneisenberg.com
    U.S. Trustee  USTPRegion03.NE.ECF@usdoj.gov

                                                                  TOTAL: 9