Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  18−23221−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sonda D Smith
   175 Myrtle Ave
   Passaic, NJ 07055

Social Security No.:
   xxx−xx−3880

Employer's Tax I.D. No.:

---

### NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

   Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: September 7, 2018
JAN: admi

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Sonda D Smith  
     Debtor

Case No. 18-23221-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Sep 07, 2018  
                 Form ID: finmgtc    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2018.  
db         +Sonda D Smith,    175 Myrtle Ave,    Passaic, NJ 07055-3138

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg         E-mail/Text: usanj.njbankr@usdoj.gov Sep 07 2018 22:59:58    U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534  
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 07 2018 22:59:56    United States Trustee,    Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,    Newark, NJ 07102-5235  
                                     TOTAL: 2

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2018                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2018 at the address(es) listed below:  
          Amy Forman    on behalf of Creditor   Wynnefield at Somerset Condominium Association, Inc. aforman@theassociationlawyers.com  
          Andrew Micklin    on behalf of Debtor Sonda D Smith andrewmicklin@comcast.net, ardithreeve@comcast.net  
          Denise E. Carlon    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Marie-Ann Greenberg    magecf@magtrustee.com  
          Nicholas V. Rogers    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. ET.AL. nj.bkecf@fedphe.com  
          Rebecca Ann Solarz    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper rsolarz@kmllawgroup.com  
          Sherri Jennifer Smith    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. ET.AL. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com  
          Steven P. Kelly    on behalf of Creditor   BAC BONY (CWABS2004-11) skelly@sterneisenberg.com, bkecf@sterneisenberg.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                         TOTAL: 9