UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Nationstart Mortgage d/b/a Mr. Cooper

In Re:

Sonda Smith,

Debtor.

Case No.:     18-23221-RG

Chapter:     13

Hearing Date:     10/3/2018

Judge:     Gambardella

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 404 East 41st Street (Docket # 25)

Date: 10/1/2018

/s/ Denise Carlon
Signature

*rev.8/1/15*