ANDREW MICKLIN
UNDERWOOD & MICKLIN
1236 BRACE RD STE J
CHERRY HILL, NJ  08034

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
### Chapter 13 Case # 18-23221

| Re: | SONDA D SMITH | Atty: | ANDREW MICKLIN |
|---|---|---|---|
| | 175 MYRTLE AVE | | UNDERWOOD & MICKLIN |
| | PASSAIC, NJ 07055 | | 1236 BRACE RD STE J |
| | | | CHERRY HILL, NJ 08034 |

## RECEIPTS AS OF 12/31/2018      (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/30/2018 | $1,129.00 | 5102505000 | 08/31/2018 | $1,129.00 | 5192268000 |
| 10/01/2018 | $1,236.00 | 5278278000 | 11/02/2018 | $1,236.00 | 5359500000 |
| 12/03/2018 | $1,405.00 | 5438849000 | | | |

**Total Receipts: $6,135.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $6,135.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018      (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BANK OF AMERICA NA | | | | | | |
| | 12/17/2018 | $8.35 | 815,563 | | | |
| NATIONSTAR MORTGAGE LLC | | | | | | |
| | 12/17/2018 | $1,112.47 | 814,978 | 12/17/2018 | $18.39 | 814,978 |
| SHELLPOINT MORTGAGE SERVICING | | | | | | |
| | 12/17/2018 | $908.20 | 816,248 | | | |
| WYNNEFIELD AT SOMERSET CONDOMINIUM ASSOC | | | | | | |
| | 12/17/2018 | $376.85 | 816,747 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 395.90 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,070.00 | 100.00% | 2,070.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANK OF AMERICA NA | MORTGAGE ARRE | 241.24 | 100.00% | 8.35 | 232.89 |
| 0002 | SHELLPOINT MORTGAGE SERVICING | MORTGAGE ARRE | 26,224.48 | 100.00% | 1,404.55 | 24,819.93 |
| 0004 | WYNNEFIELD AT SOMERSET CONDOMIN | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | NATIONSTAR MORTGAGE LLC | MORTGAGE ARRE | 32,122.67 | 100.00% | 1,720.46 | 30,402.21 |
| 0006 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 1,446.20 | 100.00% | 0.00 | 1,446.20 |
| 0007 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 500.87 | 100.00% | 0.00 | 500.87 |
| 0008 | H&E TELEPHONE CREDIT UNION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | VERIZON | UNSECURED | 296.67 | 100.00% | 0.00 | 296.67 |
| 0010 | WYNNEFIELD AT SOMERSET CONDOMIN | SECURED | 10,881.61 | 100.00% | 582.81 | 10,298.80 |
| 0011 | WYNNEFIELD AT SOMERSET CONDOMIN | UNSECURED | 845.17 | 100.00% | 0.00 | 845.17 |
| 0012 | NATIONSTAR MORTGAGE LLC | (NEW) MTG Agree | 531.00 | 100.00% | 28.44 | 502.56 |

**Total Paid:  $6,210.51**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $6,135.00        -    Paid to Claims: $3,744.61    -    Admin Costs Paid: $2,465.90    =    Funds on Hand: $1,329.49

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.