UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

UNDERWOOD & MICKLIN, LLC
Attorneys at Law
1236-J Brace Road
Cherry Hill, NJ 08034
(856) 616-8401
By: Andrew Micklin, Esquire (AM9336)
Attorneys for Debtor

In Re:

SONDA D. SMITH

Order Filed on July 24, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-23221

Chapter: 13

Judge: Rosemary Gambardella

Hearing Date 07/29/2019 @ 10:00 a.m.

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: July 24, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

After review of the application of __Andrew D. Micklin, Esq.__ for the reduction of time for a hearing on __Motion to Reinstate Automatic Stay__ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __July 29, 2019__ at __10:00 am__ the United States Bankruptcy Court, __50 Walnut Street Newark, NJ 07102__, Courtroom No. __3-e__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
__Listed on the notice of Motion__

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

   ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

   ☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

   ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*