Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−23221−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Sonda D Smith
  175 Myrtle Ave
  Passaic, NJ 07055

Social Security No.:
  xxx−xx−3880

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/21/19 at 10:00 AM

to consider and act upon the following:

**52** − Motion for Relief from Stay re: 32 Columbus Drive, Franklin Park NJ 08823. Fee Amount $ 181. Filed by Scott Penick on behalf of Wynnefield at Somerset Condominium Association, Inc.. Hearing scheduled for 8/7/2019 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Certificate of Service # 2 Brief # 3 Certification Certification of Default # 4 Proposed Order) (Penick, Scott)

Dated: 7/25/19

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court