Order Filed on August 27, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
McGovern Legal Services, LLC
By: Marlena S. Diaz-Cobo, Esq.
850 Carolier Lane
North Brunswick, NJ 08902
(732) 246-1221
Attorneys for Wynnefield at Somerset Condominium Association, Inc.

In Re:

SONDA D. SMITH

Case No.: 18-23221

Judge: Rosemary Gambardella

Chapter:    13
Hearing Date: 8/21/2019

## CONSENT ORDER RESOLVING CREDITOR'S MOTION FOR STAY RELIEF

The relief set forth on the following pages, numbered one (1) though four (4) is hereby **ORDERED.**

**DATED: August 27, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

McGOVERN LEGAL SERVICES, LLC
BY: MARLENA S. DIAZ-COBO, ESQ.
850 CAROLIER LANE
NORTH BRUNSWICK, NEW JERSEY 08902
(732) 246-1221
ATTORNEYS FOR WYNNEFIELD AT SOMERSET CONDOMINIUM ASSOCIATION, INC.

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>IN PROCEEDINGS UNDER CHAPTER 13<br>OF THE BANKRUPTCY CODE |
| SONDA D. SMITH | CASE NO.: 18-23221-RG |
| Debtor. | **CONSENT ORDER** |

## CONSENT ORDER RESOLVING CREDITOR'S MOTION FOR STAY RELIEF

**THIS MATTER** having been brought before the court by McGovern Legal Services, LLC, attorneys for creditor, Wynnefield at Somerset Condominium Association, Inc. (the "Association"), by way of a Motion for Stay Relief and the parties having consented to the relief set forth herein, and for good cause shown and no cause to the contrary appearing;

**IT IS ORDERED, ADJUDGED AND DECREED THAT** the Debtor is indebted to the Association in the amount of **$4,142.00** (*this amount does not include most recent payment of $850.00*) in post-petition maintenance fees, late fees and attorneys' fees related to the Association's attempts to collect unpaid post-petition fees through August 19, 2019 (the "Total Due") and that the Debtor agrees to pay the Association the Total Due. The Total Due is detailed below:

| | |
|---|---|
| Maintenance Fees: | $4,080.00 |
| Late Fees: | $210.00 |
| Credits: | -$1,050.00 |

2

<u>Legal (work related to post-petition default through 08/19/19):</u>    $902.00

Total:    $4,142.00

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** the Association acknowledges receipt of a check from the Debtor in the amount of $850.00; however, the Association has not yet confirmed that the check has cleared; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** the Debtor hereby acknowledges and agrees to pay <u>$398.33</u> on or before the first of the month for five months, commencing on September 1, 2019 and that on the sixth month, the Debtor shall pay <u>$398.35</u> on or before the first of the month. All cure payments set forth in this paragraph shall be made by <u>certified check</u> made payable to Wynnefield at Somerset Condominium Association, Inc. and received by McGovern Legal Services, LLC, 850 Carolier Lane, North Brunswick, NJ 08902 on or before the due date; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** the Association shall be paid a secured claim in the amount of <u>$902.00</u> through the Debtors' Plan to satisfy the remaining balance of the Total Due.

**IT IS FURTHER ORDRED, ADJUDGED AND DECREED THAT** the Debtor, in addition to the above cure payments, shall maintain his post-petition assessments and other post-petition obligations as they become due and owing to the Association commencing on September 1, 2019; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** if the Debtor fails to make the immediate payment specified above or fail to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Association may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this order. At the time the Certification is filed

3

with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

WE HEREBY CONSENT TO THE FORM
AND ENTRY OF THIS CONSENT ORDER:

McGovern Legal Services, LLC
Attorneys for Wynnefield at Somerset Condominium Association, Inc.

_____            8/19/19
MARLENA S. DIAZ-COBO, ESQ.                  DATE

_____            8/19/19
ANDREW MICKLIN, ESQ.                        DATE
Attorney for Debtor