Order Filed on August 27, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
McGovern Legal Services, LLC
By: Marlena S. Diaz-Cobo, Esq.
850 Carolier Lane
North Brunswick, NJ 08902
(732) 246-1221
Attorneys for Wynnefield at Somerset Condominium Association, Inc.

---

In Re:

SONDA D. SMITH

Case No.: 18-23221

Judge: Rosemary Gambardella

Chapter: 13
Hearing Date: 8/21/2019

**CONSENT ORDER RESOLVING CREDITOR'S MOTION FOR STAY RELIEF**

The relief set forth on the following pages, numbered one (1) though four (4) is hereby **ORDERED**.

DATED: August 27, 2019

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

McGOVERN LEGAL SERVICES, LLC
BY: MARLENA S. DIAZ-COBO, ESQ.
850 CAROLIER LANE
NORTH BRUNSWICK, NEW JERSEY 08902
(732) 246-1221
ATTORNEYS FOR WYNNEFIELD AT SOMERSET CONDOMINIUM ASSOCIATION, INC.

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>IN PROCEEDINGS UNDER CHAPTER 13<br>OF THE BANKRUPTCY CODE |
| SONDA D. SMITH | CASE NO.:  18-23221-RG |
| Debtor. | **CONSENT ORDER** |

### CONSENT ORDER RESOLVING CREDITOR'S MOTION FOR STAY RELIEF

**THIS MATTER** having been brought before the court by McGovern Legal Services, LLC, attorneys for creditor, Wynnefield at Somerset Condominium Association, Inc. (the "Association"), by way of a Motion for Stay Relief and the parties having consented to the relief set forth herein, and for good cause shown and no cause to the contrary appearing;

**IT IS ORDERED, ADJUDGED AND DECREED THAT** the Debtor is indebted to the Association in the amount of **$4,142.00** (*this amount does not include most recent payment of $850.00*) in post-petition maintenance fees, late fees and attorneys' fees related to the Association's attempts to collect unpaid post-petition fees through August 19, 2019 (the "Total Due") and that the Debtor agrees to pay the Association the Total Due. The Total Due is detailed below:

| | |
|---|---:|
| Maintenance Fees: | $4,080.00 |
| Late Fees: | $210.00 |
| Credits: | -$1,050.00 |

2

<u>Legal (work related to post-petition default through 08/19/19):</u>     $902.00

Total:                                                                                        $4,142.00

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** the Association acknowledges receipt of a check from the Debtor in the amount of $850.00; however, the Association has not yet confirmed that the check has cleared; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** the Debtor hereby acknowledges and agrees to pay <u>$398.33</u> on or before the first of the month for five months, commencing on September 1, 2019 and that on the sixth month, the Debtor shall pay <u>$398.35</u> on or before the first of the month. All cure payments set forth in this paragraph shall be made by <u>certified check</u> made payable to Wynnefield at Somerset Condominium Association, Inc. and received by McGovern Legal Services, LLC, 850 Carolier Lane, North Brunswick, NJ 08902 on or before the due date; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** the Association shall be paid a secured claim in the amount of <u>$902.00</u> through the Debtors' Plan to satisfy the remaining balance of the Total Due.

**IT IS FURTHER ORDRED, ADJUDGED AND DECREED THAT** the Debtor, in addition to the above cure payments, shall maintain his post-petition assessments and other post-petition obligations as they become due and owing to the Association commencing on September 1, 2019; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** if the Debtor fails to make the immediate payment specified above or fail to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Association may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this order. At the time the Certification is filed

3

with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

**WE HEREBY CONSENT TO THE FORM
AND ENTRY OF THIS CONSENT ORDER:**

McGovern Legal Services, LLC
Attorneys for Wynnefield at Somerset Condominium Association, Inc.

_____          8/19/19
MARLENA S. DIAZ-COBO, ESQ.                DATE

_____          8/19/19
ANDREW MICKLIN, ESQ.                      DATE
Attorney for Debtor

United States Bankruptcy Court
District of New Jersey

In re:  
Sonda D Smith  
    Debtor

Case No. 18-23221-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 28, 2019  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2019.  
db          +Sonda D Smith,    175 Myrtle Ave,    Passaic, NJ 07055-3138

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2019                                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2019 at the address(es) listed below:

      Amy Forman    on behalf of Creditor    Wynnefield at Somerset Condominium Association, Inc. collections@theassociationlawyers.com  
      Andrew Micklin    on behalf of Debtor Sonda D Smith andrewmicklin@comcast.net, ardithreeve@comcast.net  
      Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Marie-Ann Greenberg    magecf@magtrustee.com  
      Marlena S. Diaz-Cobo    on behalf of Creditor    Wynnefield at Somerset Condominium Association, Inc. collections@theassociationlawyers.com  
      Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. ET.AL. nj.bkecf@fedphe.com  
      Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper rsolarz@kmllawgroup.com  
      Scott Penick    on behalf of Creditor    Wynnefield at Somerset Condominium Association, Inc. collections@theassociationlawyers.com  
      Sherri Jennifer Smith    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. ET.AL. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com  
      Steven P. Kelly    on behalf of Creditor    BAC BONY (CWABS2004-11) skelly@sterneisenberg.com, bkecf@sterneisenberg.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                       TOTAL: 11