UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (NEWARK)

Caption in Compliance with D.N.J. LBR 9004-1(b)
2017-2058

**Pincus Law Group, PLLC**
nlabletta@pincuslaw.com
Nicole LaBletta, Esquire
2929 Arch Street
Suite 1700
Philadelphia, PA 19104
(484) 575-2201
ATTORNEYS FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2004-11 C/O NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING

In Re:

SONDA D. SMITH

    DEBTOR

Order Filed on October 21, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-23221 RG

Chapter 13

Hearing Date: 10/16/2019

Judge: Honorable Rosemary Gambardella

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 21, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

(Page 2)
Debtor:      SONDRA D. SMITH

Case No.     18-23221 RG
Caption of Order:    ORDER VACATING AUTOMATIC STAY

---

Upon the motion of Pincus Law Group, PLLC, attorneys for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2004-11 C/O NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the courts of appropriate jurisdiction to pursue the movant's rights in the following:

Real Property more fully described as:
**32 Columbus Drive, Franklin Park, NJ 08823**

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

ORDERED, that the Movant may join the Debtor and any trustee appointed in this case as defendants in its actions irrespective of any conversion to any other chapter of the Bankruptcy Code; and it is further

The movant shall serve this order on the debtors, any trustee and any other party who entered an appearance on the Motion.