Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−23221−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Sonda D Smith
  175 Myrtle Ave
  Passaic, NJ 07055

Social Security No.:
  xxx−xx−3880

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/7/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 7, 2019
JAN: slm

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Sonda D Smith
    Debtor

Case No. 18-23221-RG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Nov 07, 2019
                        Form ID: 148     Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2019.

```
db          +Sonda D Smith,    175 Myrtle Ave,    Passaic, NJ 07055-3138
cr          +BAC BONY (CWABS2004-11),    c/o Stern & Eisenberg, PC,    1040 N. Kings Highway,    Suite 407,
              Cherry Hill, NJ 08034-1925
cr          +Planet Home Lending, LLC,    Friedman Vartolo LLP,    85 Broad Street, Suite 501,
              New York, NY 10004-1734
cr          +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    Phelan Hallinan & Schmieg, PC,
              400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr          +Wynnefield at Somerset Condominium Association, In,    McGovern Legal Services LLC,
              850 Carolier Lane,    North Brunswick, NJ 08902-3312
517743673    BANK OF NEW YORK AS TRUSTEE FOR CWABS 2004-11,    c/o Shellpoint Mortgage Servicing,
              PO Box 10826,    Greenville, SC  29603-0826
517641591   +H & E Federal Credit Union,    201 W Passaic St #304,    Rochelle Park, NJ 07662-3126
517641592   +KML Law Group, PC,    216 Haddon Ave, Ste 406,    Westmont, NJ 08108-2812
517641593   +Mr. Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517663550   +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
517623059   +Shellpoint Mortgage Servicing,    75 Beattie Pl #300,    Greenville, SC 29601-2138
518439990    The Bank of New York Mellon Trustee (See 410),    c/o NewRez LLC,
              d/b/a Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville, South Carolina 29603-0826
518496247   +Wilmington Trust, National Association, et al.,    c/o Planet Home Lending LLC,
              Friedman Vartolo LLP,    85 Broad Street, Suite 501,    New York, New York 10004-1734
517623060   +Wynnefield at Somerset Condominium Assoc,    Attn: McGovern Legal Services, LLC,
              850 Carolier Ln,    North Brunswick, NJ 08902-3312
517752135   +Wynnefield at Somerset Condominium Association, In,    Amy E. Forman, Esquire,
              McGovern Legal Services, LLC.,    850 Carolier Lane,    North Brunswick, NJ 08902-3312
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Nov 08 2019 00:06:58     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 08 2019 00:06:56     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517623058   +EDI: BANKAMER.COM Nov 08 2019 04:28:00     Bank of America Home Loans,    PO Box 5170,
              Simi Valley, CA 93062-5170
517641589   +EDI: CAPITALONE.COM Nov 08 2019 04:28:00     Capital One,    Attn: Bankruptcy,    Po Box 30285,
              Salt Lake City, UT 84130-0285
517724779    EDI: CAPITALONE.COM Nov 08 2019 04:28:00     Capital One Bank (USA), N.A.,    PO Box 71083,
              Charlotte, NC  28272-1083
517740237    EDI: PRA.COM Nov 08 2019 04:23:00     Portfolio Recovery Associates, LLC,    c/o UNION PLUS,
              POB 41067,    Norfolk VA 23541
517724539    EDI: BANKAMER.COM Nov 08 2019 04:28:00     THE BANK OF NEW YORK MELLON ET.AL.,
              Bank of America,    PO BOX 31785,    Tampa FL 33631-3785
517736529   +EDI: AIS.COM Nov 08 2019 04:23:00     Verizon,    by American InfoSource as agent,
              4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517641588*  +Bank of America Home Loans,    PO Box 5170,    Simi Valley, CA 93062-5170
517641590*  +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517641594*  +Shellpoint Mortgage Servicing,    75 Beattie Pl #300,    Greenville, SC 29601-2138
518496248*  +Wilmington Trust, National Association, et al.,    c/o Planet Home Lending LLC,
              Friedman Vartolo LLP,    85 Broad Street, Suite 501,    New York, New York 10004-1734
517641595*  +Wynnefield at Somerset Condominium Assoc,    Attn: McGovern Legal Services, LLC,
              850 Carolier Ln,    North Brunswick, NJ 08902-3312
                                                                                   TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019                                   Signature:   /s/Joseph Speetjens

```
District/off: 0312-2           User: admin                   Page 2 of 2                  Date Rcvd: Nov 07, 2019
                               Form ID: 148                  Total Noticed: 23
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2019 at the address(es) listed below:

      Amy   Forman    on behalf of Creditor    Wynnefield at Somerset Condominium Association, Inc.
       collections@theassociationlawyers.com
      Andrew   Micklin    on behalf of Debtor Sonda D Smith andrewmicklin@comcast.net,
       ardithreeve@comcast.net
      Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
       dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Jonathan C. Schwalb    on behalf of Creditor    Planet Home Lending, LLC
       bankruptcy@friedmanvartolo.com
      Marie-Ann   Greenberg    magecf@magtrustee.com
      Marlena S. Diaz-Cobo    on behalf of Creditor    Wynnefield at Somerset Condominium Association,
       Inc. collections@theassociationlawyers.com
      Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
       SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. ET.AL. nj.bkecf@fedphe.com
      Nicole B. LaBletta    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al c/o NewRez LLC
       d/b/a Shellpoint Mortgage Servicing nlabletta@pincuslaw.com, brausch@pincuslaw.com
      Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
       rsolarz@kmllawgroup.com
      Scott   Penick    on behalf of Creditor    Wynnefield at Somerset Condominium Association, Inc.
       collections@theassociationlawyers.com
      Sherri Jennifer Smith    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
       YORK, SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. ET.AL. nj.bkecf@fedphe.com,
       nj.bkecf@fedphe.com
      Steven P. Kelly    on behalf of Creditor    BAC BONY (CWABS2004-11) skelly@sterneisenberg.com,
       bkecf@sterneisenberg.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                     TOTAL: 13