Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 18−23221−RG
    Chapter: 13
    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sonda D Smith
   175 Myrtle Ave
   Passaic, NJ 07055

Social Security No.:
   xxx−xx−3880

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/18/19 at 10:00 AM

to consider and act upon the following:

75 − Motion to Vacate Dismissal of Case Filed by Andrew Micklin on behalf of Sonda D Smith. Hearing scheduled for 12/10/2019 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Exhibit) (Micklin, Andrew)INCORRECT HEARING DATE SET. Modified on 11/15/2019 (car).

Dated: 11/15/19

                                      Jeanne Naughton
                                      Clerk, U.S. Bankruptcy Court