# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Sonda D Smith

| | |
|---|---|
| Case No.: | 18-23221 |
| Hearing Date: | 02/19/2020 |
| Chapter: | 13 |
| Judge: | RG |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable __Rosemary Gambardella__, United States Bankruptcy Judge.

**Reason for Hearing:** Motion to Vacate Dismissal of Case

Filed by Andrew Micklin on behalf of Sonda D Smith.

**Location of Hearing:** Courtroom No. 3-E
U.S. Bankruptcy Court
50 Walnut Street
Newark, NJ 07102

**Date and Time:** February 19, 2020 @ 10:00 a.m., or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: 01/24/2020

JEANNE A. NAUGHTON, Clerk

By: Sharon Moore
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on January 24, 2020 this notice was served on the following: Debtor

Sonda D Smith, represented by Andrew Micklin, Trustee
Marie-Ann Greenberg. U.S. Trustee

JEANNE A. NAUGHTON, Clerk

By: Sharon Moore
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-23221-RG
Sonda D Smith                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2       User: admin       Page 1 of 1       Date Rcvd: Jan 24, 2020
                           Form ID: pdf900   Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2020.
```
db         +Sonda D Smith,   175 Myrtle Ave,   Passaic, NJ 07055-3138
cr         +BAC BONY (CWABS2004-11),   c/o Stern & Eisenberg, PC,   1040 N. Kings Highway,   Suite 407,
             Cherry Hill, NJ 08034-1925
cr         +Planet Home Lending as servicer for Wilmington Tru,   Friedman Vartolo, LLP,   85 Broad St,
             85 Broad St,   New York, NY 10004-2434
cr         +Planet Home Lending, LLC,   Friedman Vartolo LLP,   85 Broad Street, Suite 501,
             New York, NY 10004-1734
cr         +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,   Phelan Hallinan & Schmieg, PC,
             400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
cr         +Wynnefield at Somerset Condominium Association, In,   McGovern Legal Services LLC,
             850 Carolier Lane,   North Brunswick, NJ 08902-3312
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2020                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2020 at the address(es) listed below:
```
          Amy Forman    on behalf of Creditor   Wynnefield at Somerset Condominium Association, Inc.
           collections@theassociationlawyers.com
          Andrew Micklin    on behalf of Debtor Sonda D Smith Andrew@southjerseylawyers.com,
           ardithreeve@comcast.net
          Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Jonathan C. Schwalb    on behalf of Creditor    Planet Home Lending, LLC
           bankruptcy@friedmanvartolo.com
          Jonathan C. Schwalb    on behalf of Creditor    Planet Home Lending as servicer for Wilmington
           Trust, National Association not in its individual capacity but solely as Trustee of MFRA Trust
           2015-1 bankruptcy@friedmanvartolo.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Marlena S. Diaz-Cobo    on behalf of Creditor    Wynnefield at Somerset Condominium Association,
           Inc. collections@theassociationlawyers.com
          Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. ET.AL. nj.bkecf@fedphe.com
          Nicole B. LaBletta    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al c/o NewRez LLC
           d/b/a Shellpoint Mortgage Servicing nlabletta@pincuslaw.com, brausch@pincuslaw.com
          Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           rsolarz@kmllawgroup.com
          Scott Penick    on behalf of Creditor    Wynnefield at Somerset Condominium Association, Inc.
           collections@theassociationlawyers.com
          Sherri Jennifer Smith    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK, SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. ET.AL. nj.bkecf@fedphe.com,
           nj.bkecf@fedphe.com
          Steven P. Kelly    on behalf of Creditor    BAC BONY (CWABS2004-11) skelly@sterneisenberg.com,
           bkecf@sterneisenberg.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 14
```