Order Filed on February 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNDERWOOD & MICKLIN, LLC**
Attorneys at Law
1236-J Brace Road
Cherry Hill, NJ 08034
(856) 616-8401
By: Andrew Micklin, Esquire (AM9336)
Attorneys for Debtor

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
|---|---|
| In Re:<br>SONDA SMITH | CHAPTER 13 CASE NO.: 18-23221<br><br>Honorable Rosemary Gambardella |

### ORDER ON MOTION TO VACATE DISMISSAL OF CASE

The relief set forth on the following page is hereby **ORDERED.**

**DATED: February 21, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The debtor having filed a motion to vacate dismissal of case; and the court having considered any objections filed; and for good cause shown; it is

ORDERED that the motion is granted and the order dismissing case is vacated effective on the date of this order. No actions taken during the period this case was dismissed were subject to the automatic stay or other provisions of the Bankruptcy Code;

IT IS FURTHER ORDERED that any deadline unexpired at the time of dismissal is nullified and reset as follows. Creditors and/or parties in interest have:

1. until the original deadline fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or 60 days from the date of this Order, whichever is later;

2. until the original deadline fixed by the court to file a proof of claim or required supplement, or 60 days from the date of this Order, whichever is later; and

3. until the original deadline fixed by the court to object to exemptions, or 30 days from the date of this Order, whichever is later.

IT IS FURTHER ORDERED that if the Debtor fails to make payments to the Trustee within 30 days of the 1st of each month. Trustee shall file immediate Certification for Dismissal of Case.

IT IS FURTHER ORDERED that if this is a chapter 13 case, and the debtor's plan has not been confirmed, the confirmation hearing is rescheduled to _____ at _____.

ORDERED that the motion to vacate order dismissing case is denied.

IT IS FURTHER ORDERED that whether the motion is granted or denied, the debtor must, within 3 days of the date of this Order, serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form Certification of Service.

rev.8/1/18

United States Bankruptcy Court
District of New Jersey

In re:
Sonda D Smith
    Debtor

Case No. 18-23221-RG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Feb 26, 2020
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2020.
db           +Sonda D Smith,    175 Myrtle Ave,    Passaic, NJ 07055-3138

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                                                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2020 at the address(es) listed below:
         Amy Forman    on behalf of Creditor    Wynnefield at Somerset Condominium Association, Inc.
          collections@theassociationlawyers.com
         Andrew Micklin    on behalf of Debtor Sonda D Smith Andrew@southjerseylawyers.com,
          ardithreeve@comcast.net
         Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Jonathan C. Schwalb    on behalf of Creditor    Planet Home Lending as servicer for Wilmington
          Trust, National Association not in its individual capacity but solely as Trustee of MFRA Trust
          2015-1 bankruptcy@friedmanvartolo.com
         Jonathan C. Schwalb    on behalf of Creditor    Planet Home Lending, LLC
          bankruptcy@friedmanvartolo.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Marlena S. Diaz-Cobo    on behalf of Creditor    Wynnefield at Somerset Condominium Association,
          Inc. collections@theassociationlawyers.com
         Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
          SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. ET.AL. nj.bkecf@fedphe.com
         Nicole B. LaBletta    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al c/o NewRez LLC
          d/b/a Shellpoint Mortgage Servicing nlabletta@pincuslaw.com,   brausch@pincuslaw.com
         Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
          rsolarz@kmllawgroup.com
         Scott Penick    on behalf of Creditor    Wynnefield at Somerset Condominium Association, Inc.
          collections@theassociationlawyers.com
         Sherri Jennifer Smith    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
          YORK, SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. ET.AL. nj.bkecf@fedphe.com,
          nj.bkecf@fedphe.com
         Steven P. Kelly    on behalf of Creditor    BAC BONY (CWABS2004-11) skelly@sterneisenberg.com,
          bkecf@sterneisenberg.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                           TOTAL: 14