| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| Jonathan Schwalb, Esq.<br>Friedman Vartolo LLP<br>85 Broad Street, Suite 501<br>New York, New York 10004<br>Attorneys for Planet Home Lending, LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1<br>P: (212) 471-5100<br>Bankruptcy@FriedmanVartolo.com |
| IN RE:<br><br>Sonda D Smith<br><br>Debtor |

Order Filed on March 30, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE NO.: 18-23221-RG

CHAPTER: 13

HON. JUDGE.:
Rosemary Gambardella

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: March 30, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the motion of Planet Home Lending, LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1, on behalf of its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant") under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[x] Real property commonly known and more fully described as: 404 E 41st Street, Paterson, New Jersey 07504

**ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversation to any other chapter of the Bankruptcy Code; and it is further

**ORDERED**, that the stay afforded by 11 U.S.C. §362(a) be, and is hereby, modified to permit Planet Home Lending, LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1, it's successors and/or assigns, to pursue its rights under applicable state law with respect to the premises 404 E 41st Street, Paterson, New Jersey 07504; and it is further

**ORDERED**, that the instant order is binding in the event of a conversion; and it is further

**ORDERED**, that the trustee be informed of any surplus monies resulting from the sale of the collateral.

**ORDERED**, that the movant shall serve this order on the debtor, any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:
Sonda D Smith
    Debtor

Case No. 18-23221-RG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Mar 31, 2020
Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2020.
db        +Sonda D Smith,   175 Myrtle Ave,   Passaic, NJ 07055-3138

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2020 at the address(es) listed below:
       Amy Forman   on behalf of Creditor   Wynnefield at Somerset Condominium Association, Inc. collections@theassociationlawyers.com
       Andrew Micklin   on behalf of Debtor Sonda D Smith Andrew@southjerseylawyers.com, ardithreeve@comcast.net
       Denise E. Carlon   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
       Jonathan C. Schwalb   on behalf of Creditor   Planet Home Lending as servicer for Wilmington Trust, National Association not in its individual capacity but solely as Trustee of MFRA Trust 2015-1 bankruptcy@friedmanvartolo.com
       Jonathan C. Schwalb   on behalf of Creditor   Planet Home Lending, LLC bankruptcy@friedmanvartolo.com
       Marie-Ann Greenberg   magecf@magtrustee.com
       Marlena S. Diaz-Cobo   on behalf of Creditor   Wynnefield at Somerset Condominium Association, Inc. collections@theassociationlawyers.com
       Nicholas V. Rogers   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. ET.AL. nj.bkecf@fedphe.com
       Nicole B. LaBletta   on behalf of Creditor   THE BANK OF NEW YORK MELLON et al c/o NewRez LLC d/b/a Shellpoint Mortgage Servicing nlabletta@pincuslaw.com, brausch@pincuslaw.com
       Rebecca Ann Solarz   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper rsolarz@kmllawgroup.com
       Scott Penick   on behalf of Creditor   Wynnefield at Somerset Condominium Association, Inc. collections@theassociationlawyers.com
       Sherri Jennifer Smith   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. ET.AL. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
       Steven P. Kelly   on behalf of Creditor   BAC BONY (CWABS2004-11) skelly@sterneisenberg.com, bkecf@sterneisenberg.com
       U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
     TOTAL: 14