Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−23221−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sonda D Smith
   175 Myrtle Ave
   Passaic, NJ 07055

Social Security No.:
   xxx−xx−3880

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/3/20 at 10:00 AM

to consider and act upon the following:

**90** − Motion To Reinstate Stay Filed by Andrew Micklin on behalf of Sonda D Smith. Hearing scheduled for 6/2/2020 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) (Micklin, Andrew)INCORRECT HEARING DATE SET Modified on 5/7/2020 (car).

Dated: 5/7/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Sonda D Smith  
    Debtor

Case No. 18-23221-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: May 07, 2020  
                      Form ID: ntchrgbk    Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2020.
```
db         +Sonda D Smith,    175 Myrtle Ave,    Passaic, NJ 07055-3138
cr         +BAC BONY (CWABS2004-11),    c/o Stern & Eisenberg, PC,    1040 N. Kings Highway,    Suite 407,
             Cherry Hill, NJ 08034-1925
cr         +Planet Home Lending as servicer for Wilmington Tru,    Friedman Vartolo, LLP,    85 Broad St,
             85 Broad St,    New York, NY 10004-2434
cr         +Planet Home Lending, LLC,    Friedman Vartolo LLP,    85 Broad Street, Suite 501,
             New York, NY 10004-1734
cr         +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    Phelan Hallinan & Schmieg, PC,
             400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr         +Wynnefield at Somerset Condominium Association, In,    McGovern Legal Services LLC,
             850 Carolier Lane,    North Brunswick, NJ 08902-3312
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2020                                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2020 at the address(es) listed below:
```
              Amy Forman    on behalf of Creditor    Wynnefield at Somerset Condominium Association, Inc.
               collections@theassociationlawyers.com
              Andrew Micklin    on behalf of Debtor Sonda D Smith Andrew@southjerseylawyers.com,
               ardithreeve@comcast.net
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jonathan C. Schwalb    on behalf of Creditor    Planet Home Lending, LLC
               bankruptcy@friedmanvartolo.com
              Jonathan C. Schwalb    on behalf of Creditor    Planet Home Lending as servicer for Wilmington
               Trust, National Association not in its individual capacity but solely as Trustee of MFRA Trust
               2015-1 bankruptcy@friedmanvartolo.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Marlena S. Diaz-Cobo    on behalf of Creditor    Wynnefield at Somerset Condominium Association,
               Inc. collections@theassociationlawyers.com
              Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. ET.AL. nj.bkecf@fedphe.com
              Nicole B. LaBletta    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al c/o NewRez LLC
               d/b/a Shellpoint Mortgage Servicing nlabletta@pincuslaw.com, brausch@pincuslaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               rsolarz@kmllawgroup.com
              Scott Penick    on behalf of Creditor    Wynnefield at Somerset Condominium Association, Inc.
               collections@theassociationlawyers.com
              Sherri Jennifer Smith    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. ET.AL. nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              Steven P. Kelly    on behalf of Creditor    BAC BONY (CWABS2004-11) skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 14
```