|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>**Chapter 13 Standing Trustee** | Order Filed on September 2, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>   SONDA D SMITH | Case No.:  18-23221 RG<br><br>Hearing Date:  9/2/2020 |

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 2, 2020**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): SONDA D SMITH

Case No.: 18-23221

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

   THIS MATTER having come before the Court on 09/02/2020 on notice to ANDREW MICKLIN, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a Modified plan to surrender real property by 9/9/2020 ; and it is further

- ORDERED, that if the Court's Docket does not reflect a modified plan has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.

United States Bankruptcy Court
District of New Jersey

In re:  
Sonda D Smith  
    Debtor

Case No. 18-23221-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Sep 02, 2020  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2020.  
db          +Sonda D Smith,    175 Myrtle Ave,    Passaic, NJ 07055-3138

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2020                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2020 at the address(es) listed below:

         Amy  Forman    on behalf of Creditor    Wynnefield at Somerset Condominium Association, Inc.  
          collections@theassociationlawyers.com  
         Andrew  Micklin    on behalf of Debtor Sonda D Smith Andrew@southjerseylawyers.com,  
          ardithreeve@comcast.net  
         Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Jonathan C. Schwalb    on behalf of Creditor    Planet Home Lending as servicer for Wilmington  
          Trust, National Association not in its individual capacity but solely as Trustee of MFRA Trust  
          2015-1 bankruptcy@friedmanvartolo.com  
         Jonathan C. Schwalb    on behalf of Creditor    Planet Home Lending, LLC  
          bankruptcy@friedmanvartolo.com  
         Marie-Ann  Greenberg    magecf@magtrustee.com  
         Marlena S. Diaz-Cobo    on behalf of Creditor    Wynnefield at Somerset Condominium Association,  
          Inc. collections@theassociationlawyers.com  
         Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,  
          SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. ET.AL. nj.bkecf@fedphe.com  
         Nicole B. LaBletta    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al c/o NewRez LLC  
          d/b/a Shellpoint Mortgage Servicing nlabletta@pincuslaw.com,   brausch@pincuslaw.com  
         Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
          rsolarz@kmllawgroup.com  
         Scott  Penick    on behalf of Creditor    Wynnefield at Somerset Condominium Association, Inc.  
          collections@theassociationlawyers.com  
         Sherri Jennifer Smith    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW  
          YORK, SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. ET.AL. nj.bkecf@fedphe.com,  
          nj.bkecf@fedphe.com  
         Steven P. Kelly    on behalf of Creditor    BAC BONY (CWABS2004-11) skelly@sterneisenberg.com,  
          bkecf@sterneisenberg.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                TOTAL: 14