Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−23221−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sonda D Smith
   175 Myrtle Ave
   Passaic, NJ 07055

Social Security No.:
   xxx−xx−3880

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 19, 2018.

On 9/4/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:              October 21, 2020
Time:              08:30 AM
Location:          Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: September 8, 2020
JAN: mff

                                                                  Jeanne Naughton
                                                                  Clerk

```
                             United States Bankruptcy Court
                                  District of New Jersey

In re:                                                               Case No. 18-23221-RG
Sonda D Smith                                                        Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 2                  Date Rcvd: Sep 08, 2020
                               Form ID: 185                 Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2020.
db             +Sonda D Smith,    175 Myrtle Ave,    Passaic, NJ 07055-3138
cr             +BAC BONY (CWABS2004-11),    c/o Stern & Eisenberg, PC,    1040 N. Kings Highway,    Suite 407,
                 Cherry Hill, NJ 08034-1925
cr             +Planet Home Lending as servicer for Wilmington Tru,    Friedman Vartolo, LLP,    85 Broad St,
                 85 Broad St,    New York, NY 10004-2434
cr             +Planet Home Lending, LLC,    Friedman Vartolo LLP,    85 Broad Street, Suite 501,
                 New York, NY 10004-1734
cr             +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +Wynnefield at Somerset Condominium Association, In,    McGovern Legal Services LLC,
                 850 Carolier Lane,    North Brunswick, NJ 08902-3312
517743673       BANK OF NEW YORK AS TRUSTEE FOR CWABS 2004-11,    c/o Shellpoint Mortgage Servicing,
                 PO Box 10826,    Greenville, SC  29603-0826
517623058      +Bank of America Home Loans,    PO Box 5170,    Simi Valley, CA 93062-5170
517641591      +H & E Federal Credit Union,    201 W Passaic St #304,    Rochelle Park, NJ 07662-3126
517641592     #+KML Law Group, PC,    216 Haddon Ave, Ste 406,    Westmont, NJ 08108-2812
517641593      +Mr. Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517663550      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
517623059      +Shellpoint Mortgage Servicing,    75 Beattie Pl #300,    Greenville, SC 29601-2138
517724539       THE BANK OF NEW YORK MELLON ET.AL.,    Bank of America,    PO BOX 31785,    Tampa FL 33631-3785
518439990       The Bank of New York Mellon Trustee (See 410),    c/o NewRez LLC,
                 d/b/a Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville, South Carolina 29603-0826
518496247      +Wilmington Trust, National Association, et al.,    c/o Planet Home Lending LLC,
                 Friedman Vartolo LLP,    85 Broad Street, Suite 501,    New York, New York 10004-1734
517623060      +Wynnefield at Somerset Condominium Assoc,    Attn: McGovern Legal Services, LLC,
                 850 Carolier Ln,    North Brunswick, NJ 08902-3312
517752135      +Wynnefield at Somerset Condominium Association, In,    Amy E. Forman, Esquire,
                 McGovern Legal Services, LLC.,    850 Carolier Lane,    North Brunswick, NJ 08902-3312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 08 2020 23:39:03      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 08 2020 23:39:02      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517641589      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 08 2020 23:49:26      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517724779       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 08 2020 23:48:30
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517740237       E-mail/Text: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 08 2020 23:48:27
                 Portfolio Recovery Associates, LLC,    c/o UNION PLUS,    POB 41067,   Norfolk VA 23541
517736529      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 08 2020 23:59:53      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517641588*     +Bank of America Home Loans,    PO Box 5170,    Simi Valley, CA 93062-5170
518949040*     +Bank of America Home Loans,    PO Box 5170,    Simi Valley, CA 93062-5170
517641590*     +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517641594*     +Shellpoint Mortgage Servicing,    75 Beattie Pl #300,    Greenville, SC 29601-2138
518949041*     +Shellpoint Mortgage Servicing,    75 Beattie Pl #300,    Greenville, SC 29601-2138
518496248*     +Wilmington Trust, National Association, et al.,    c/o Planet Home Lending LLC,
                 Friedman Vartolo LLP,    85 Broad Street, Suite 501,    New York, New York 10004-1734
518949042*     +Wynnefield at Somerset,    Condominium Assoc,    Attn: McGovern Legal Services,    850 Carolier Ln,
                 North Brunswick, NJ 08902-3312
517641595*     +Wynnefield at Somerset Condominium Assoc,    Attn: McGovern Legal Services, LLC,
                 850 Carolier Ln,    North Brunswick, NJ 08902-3312
                                                                                  TOTALS: 0, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Sep 08, 2020
                               Form ID: 185             Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2020 at the address(es) listed below:

```
          Amy    Forman     on behalf of Creditor    Wynnefield at Somerset Condominium Association, Inc.
           collections@theassociationlawyers.com
          Andrew   Micklin    on behalf of Debtor Sonda D Smith Andrew@southjerseylawyers.com,
           ardithreeve@comcast.net
          Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Jonathan C. Schwalb    on behalf of Creditor    Planet Home Lending, LLC
           bankruptcy@friedmanvartolo.com
          Jonathan C. Schwalb    on behalf of Creditor    Planet Home Lending as servicer for Wilmington
           Trust, National Association not in its individual capacity but solely as Trustee of MFRA Trust
           2015-1 bankruptcy@friedmanvartolo.com
          Marie-Ann   Greenberg    magecf@magtrustee.com
          Marlena S. Diaz-Cobo    on behalf of Creditor    Wynnefield at Somerset Condominium Association,
           Inc. collections@theassociationlawyers.com
          Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. ET.AL. nj.bkecf@fedphe.com
          Nicole B. LaBletta    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al c/o NewRez LLC
           d/b/a Shellpoint Mortgage Servicing nlabletta@pincuslaw.com,  brausch@pincuslaw.com
          Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           rsolarz@kmllawgroup.com
          Scott   Penick     on behalf of Creditor    Wynnefield at Somerset Condominium Association, Inc.
           collections@theassociationlawyers.com
          Sherri Jennifer Smith    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK, SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. ET.AL. nj.bkecf@fedphe.com,
           nj.bkecf@fedphe.com
          Steven P. Kelly    on behalf of Creditor    BAC BONY (CWABS2004-11) skelly@sterneisenberg.com,
           bkecf@sterneisenberg.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 14
```