Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−23221−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Sonda D Smith
  175 Myrtle Ave
  Passaic, NJ 07055

Social Security No.:
  xxx−xx−3880

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/4/20 at 10:00 AM

to consider and act upon the following:

*111* − Objection to Motion to Approve Loan Modification (related document:110 Motion to Approve Loan Modification with Shellpoint Mortgage Filed by Andrew Micklin on behalf of Sonda D Smith. Objection deadline is 10/19/2020. (Attachments: # 1 Certification # 2 Exhibit # 3 Certificate of Service # 4 Proposed Order) filed by Debtor Sonda D Smith) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 10/9/20

                      Jeanne Naughton
                      Clerk, U.S. Bankruptcy Court