Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  18−23221−RG
    Chapter:  13
    Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sonda D Smith
   175 Myrtle Ave
   Passaic, NJ 07055

Social Security No.:
   xxx−xx−3880

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/18/21.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 23, 2021
JAN: slm

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-23221-RG |
| Sonda D Smith | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 23, 2021 | Form ID: 148 | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sonda D Smith, 175 Myrtle Ave, Passaic, NJ 07055-3138 |
| cr | + | BAC BONY (CWABS2004-11), c/o Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| cr | + | Planet Home Lending as servicer for Wilmington Tru, Friedman Vartolo, LLP, 85 Broad St, 85 Broad St, New York, NY 10004-2434 |
| cr | + | Planet Home Lending, LLC, Friedman Vartolo LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | Wynnefield at Somerset Condominium Association, In, McGovern Legal Services LLC, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| 517743673 | | BANK OF NEW YORK AS TRUSTEE FOR CWABS 2004-11, c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 517641591 | + | H & E Federal Credit Union, 201 W Passaic St #304, Rochelle Park, NJ 07662-3126 |
| 517641592 | #+ | KML Law Group, PC, 216 Haddon Ave, Ste 406, Westmont, NJ 08108-2812 |
| 517641593 | + | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 517663550 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 517623059 | + | Shellpoint Mortgage Servicing, 75 Beattie Pl #300, Greenville, SC 29601-2138 |
| 518439990 | | The Bank of New York Mellon Trustee (See 410), c/o NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 518496247 | + | Wilmington Trust, National Association, et al., c/o Planet Home Lending LLC, Friedman Vartolo LLP, 85 Broad Street, Suite 501, New York, New York 10004-1734 |
| 517623060 | + | Wynnefield at Somerset Condominium Assoc, Attn: McGovern Legal Services, LLC, 850 Carolier Ln, North Brunswick, NJ 08902-3312 |
| 517752135 | + | Wynnefield at Somerset Condominium Association, In, Amy E. Forman, Esquire, McGovern Legal Services, LLC., 850 Carolier Lane, North Brunswick, NJ 08902-3312 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 23 2021 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 23 2021 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517623058 | + | EDI: BANKAMER.COM | Feb 24 2021 01:43:00 | Bank of America Home Loans, PO Box 5170, Simi Valley, CA 93062-5170 |
| 517641589 | + | EDI: CAPITALONE.COM | Feb 24 2021 01:43:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517724779 | | EDI: CAPITALONE.COM | Feb 24 2021 01:43:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517740237 | | EDI: PRA.COM | Feb 24 2021 01:43:00 | Portfolio Recovery Associates, LLC, c/o UNION PLUS, POB 41067, Norfolk VA 23541 |
| 517724539 | | EDI: BANKAMER.COM | Feb 24 2021 01:43:00 | THE BANK OF NEW YORK MELLON ET.AL., Bank of America, PO BOX 31785, Tampa FL 33631-3785 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 23, 2021 | Form ID: 148 | Total Noticed: 24 |

| 517736529 | + EDI: AIS.COM | | |
|---|---|---|---|
| | | Feb 24 2021 01:43:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517641588 | *+ | Bank of America Home Loans, PO Box 5170, Simi Valley, CA 93062-5170 |
| 518949040 | *+ | Bank of America Home Loans, PO Box 5170, Simi Valley, CA 93062-5170 |
| 517641590 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517641594 | *+ | Shellpoint Mortgage Servicing, 75 Beattie Pl #300, Greenville, SC 29601-2138 |
| 518949041 | *+ | Shellpoint Mortgage Servicing, 75 Beattie Pl #300, Greenville, SC 29601-2138 |
| 518496248 | *+ | Wilmington Trust, National Association, et al., c/o Planet Home Lending LLC, Friedman Vartolo LLP, 85 Broad Street, Suite 501, New York, New York 10004-1734 |
| 518949042 | *+ | Wynnefield at Somerset, Condominium Assoc, Attn: McGovern Legal Services, 850 Carolier Ln, North Brunswick, NJ 08902-3312 |
| 517641595 | *+ | Wynnefield at Somerset Condominium Assoc, Attn: McGovern Legal Services, LLC, 850 Carolier Ln, North Brunswick, NJ 08902-3312 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2021 at the address(es) listed below:**

**Name**    **Email Address**

Amy Forman
on behalf of Creditor Wynnefield at Somerset Condominium Association  Inc. collections@theassociationlawyers.com

Andrew Micklin
on behalf of Debtor Sonda D Smith Andrew@southjerseylawyers.com  ardithreeve@comcast.net

Andrew M. Lubin
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. ET.AL. bkecf@milsteadlaw.com, alubin@milsteadlaw.com

Denise E. Carlon
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Jonathan C. Schwalb
on behalf of Creditor Planet Home Lending  LLC bankruptcy@friedmanvartolo.com

Jonathan C. Schwalb
on behalf of Creditor Planet Home Lending as servicer for Wilmington Trust  National Association not in its individual capacity but solely as Trustee of MFRA Trust 2015-1 bankruptcy@friedmanvartolo.com

Marie-Ann Greenberg
magecf@magtrustee.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 23, 2021 | Form ID: 148 | Total Noticed: 24 |

Marlena S. Diaz-Cobo
    on behalf of Creditor Wynnefield at Somerset Condominium Association  Inc. collections@theassociationlawyers.com

Nicole B. LaBletta
    on behalf of Creditor THE BANK OF NEW YORK MELLON et al c/o NewRez LLC d/b/a Shellpoint Mortgage Servicing nlabletta@pincuslaw.com  brausch@pincuslaw.com

Rebecca Ann Solarz
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper rsolarz@kmllawgroup.com

Scott Penick
    on behalf of Creditor Wynnefield at Somerset Condominium Association  Inc. collections@theassociationlawyers.com

Steven P. Kelly
    on behalf of Creditor BAC BONY (CWABS2004-11) skelly@sterneisenberg.com  bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13