| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on February 18, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>    SONDA D SMITH | Case No.:  18-23221<br><br>Hearing Date:  02/17/2021<br><br>Judge:  ROSEMARY GAMBARDELLA |

### ORDER DENYING CONFIRMATION AND DISMISSING PETITION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: February 18, 2021

Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

Debtor(s): SONDA D SMITH

Case No.: 18-23221RG

Caption of Order: Order Denying Confirmation and Dismissing Petition

---

THIS MATTER having come before the Court on 02/17/2021 for a Confirmation Hearing of the Debtor(s)' Chapter 13 Plan, and the Court having considered the Chapter 13 Standing Trustee's report and good and sufficient cause having been shown, it is hereby

ORDERED AND DIRECTED, that the Confirmation of Debtor(s)' Chapter 13 Plan is hereby denied; and it is further

ORDERED AND DIRECTED, that the Debtor(s)' Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder be and they hereby are dismissed without prejudice; and it is further

ORDERED AND DIRECTED, that upon case dismissal any funds held by the Chapter 13 Standing Trustee from payments made on account of Debtor(s)' Plan, shall be disbursed to the Debtor(s), less any applicable Trustee fees and commisions, except any adequate protection payments due under the proposed plan or by Court Order, and/or any counsel fees and costs hereby allowed as an Administrative Expense.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Sonda D Smith  
    Debtor

Case No. 18-23221-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Feb 23, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sonda D Smith, 175 Myrtle Ave, Passaic, NJ 07055-3138 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2021 at the address(es) listed below:**

**Name**      **Email Address**

Amy Forman  
     on behalf of Creditor Wynnefield at Somerset Condominium Association  Inc. collections@theassociationlawyers.com

Andrew Micklin  
     on behalf of Debtor Sonda D Smith Andrew@southjerseylawyers.com  ardithreeve@comcast.net

Andrew M. Lubin  
     on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. ET.AL. bkecf@milsteadlaw.com, alubin@milsteadlaw.com

Denise E. Carlon  
     on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Jonathan C. Schwalb  
     on behalf of Creditor Planet Home Lending as servicer for Wilmington Trust  National Association not in its individual capacity but solely as Trustee of MFRA Trust 2015-1 bankruptcy@friedmanvartolo.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 23, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Jonathan C. Schwalb
 on behalf of Creditor Planet Home Lending  LLC bankruptcy@friedmanvartolo.com

Marie-Ann Greenberg
 magecf@magtrustee.com

Marlena S. Diaz-Cobo
 on behalf of Creditor Wynnefield at Somerset Condominium Association  Inc. collections@theassociationlawyers.com

Nicole B. LaBletta
 on behalf of Creditor THE BANK OF NEW YORK MELLON et al c/o NewRez LLC d/b/a Shellpoint Mortgage Servicing nlabletta@pincuslaw.com  brausch@pincuslaw.com

Rebecca Ann Solarz
 on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper rsolarz@kmllawgroup.com

Scott Penick
 on behalf of Creditor Wynnefield at Somerset Condominium Association  Inc. collections@theassociationlawyers.com

Steven P. Kelly
 on behalf of Creditor BAC BONY (CWABS2004-11) skelly@sterneisenberg.com  bkecf@sterneisenberg.com

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13